# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO VIDAL, et al.,

    Plaintiffs

vs.

JOE LOMBARDO, et al.,

    Defendants.

Case No. 2:15-cv-01943-RFB-CWH

**ORDER**

The matter is before the court on the issue of the Plaintiffs' filing fee. On May 17, 2017, the court entered an order requiring both of the Plaintiffs to file applications to proceed *in forma pauperis* or to pay the filing fee of $400.00. (Order (ECF No. 6).) Plaintiffs paid the filing fee. (Receipt (ECF No. 15).) Given that the filing fee has been paid, the court will not screen the second amended complaint and this case will proceed on the normal litigation track as guided by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: June 9, 2017

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**