**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FRANCISCO VIDAL, et al., | ) | |
| Plaintiffs | ) | Case No. 2:15-cv-01943-RFB-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOE LOMBARDO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Presently before the court is Plaintiffs Sandra Scharas and Francisco Vidal's Motion for Extension of Time to Respond to Motion for Sanctions (ECF No. 36), filed on August 21, 2017. Ms. Scharas filed this motion on a pro se basis, stating that she and Mr. Vidal need additional time to respond to the pending motion for sanctions because their attorney is moving to withdraw and they are looking for a new attorney.

Plaintiffs' attorney has filed a motion to withdraw that is pending before the court. (Mot. to Withdraw (ECF No. 38).) Before moving to withdraw, however, Plaintiffs' attorney responded to the motion for sanctions. (Resp. to Mot. for Sanctions (ECF No. 37).) The court therefore will deny Plaintiffs' pro se motion for additional time to respond to the motion for sanctions as moot.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that attorney Craig Mueller must serve a copy of this order on Plaintiffs and file proof of that service by September 1, 2017.

DATED: August 24, 2017

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**