# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO VIDAL, et al., | |
| Plaintiffs | Case No. 2:15-cv-01943-RFB-CWH |
| vs. | **ORDER** |
| JOE LOMBARDO, et al., | |
| Defendants. | |

Presently before the court is attorney Craig A. Mueller's motion to withdraw as attorney (ECF No. 38) for Plaintiffs Sandra Scharas and Francisco Vidal, filed on August 22, 2017. Also before the court is attorney Kelsey Bernstein's motion to withdraw as attorney (ECF No. 40) for the Plaintiffs. Defendants did not oppose the motions, which constitutes a consent to the granting of the motions under Local Rule 7-6(d). Mr. Mueller and Ms. Bernstein represent that the Plaintiffs do not object to their withdrawal, and the motions to withdraw state that copies of the motions to withdraw were served on Plaintiffs via United States mail. The court therefore will grant the motions.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Mr. Mueller must serve a copy of this order and the scheduling order (ECF No. 29) on Plaintiffs and file proof of that service by September 29, 2017.

///
///
///
///
///

IT IS FURTHER ORDERED that by October 10, 2017, Plaintiffs must file a notice stating whether they intend to represent themselves or retain an attorney. Plaintiffs are advised that until an attorney files a notice of appearance on their behalf, they are responsible for all deadlines in this case as set forth in the scheduling order (ECF No. 29) and otherwise dictated by the Federal Rules of Civil Procedure and the court's local rules of practice, available on the court's website at www.nvd.uscourts.gov.

DATED: September 19, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**