# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO VIDAL, et al., | ) |
|     Plaintiffs | ) Case No. 2:15-cv-01943-RFB-CWH |
| vs. | ) **ORDER** |
| JOE LOMBARDO, et al., | ) |
|     Defendants. | ) |

In reviewing the docket in this case, it has come to the court's attention that Plaintiffs Sandra Scharas and Francisco Vidal may not have been receiving service of the court's orders since the date their former attorneys were granted permission to withdraw from the case.

IT IS THEREFORE ORDERED that the Clerk of Court must mail copies of the court's order to show cause (ECF No. 48) to Plaintiffs Sandra Scharas and Francisco Vidal.

IT IS FURTHER ORDERED that Plaintiffs Sandra Scharas and Francisco Vidal's deadline to respond to the order to show cause is extended to November 21, 2017.

DATED: November 6, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**