**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants,
   LVMPD, Matthew Jogodka, Cynthia
   Sauchak and Enrique Hernandez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO VIDAL, an individual; SANDRA SCHARAS, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political entity; MATTHEW JOGODKA, aka David Davis, an agent and Officer of Las Vegas Metropolitan Police Department; JOSEPH SCHMITT, an agent and Officer of Las Vegas Metropolitan Police Department; CYNTHIA SAUCHAK, an agent and Officer of Las Vegas Metropolitan Police Department; ENRIQUE HERNANDEZ, an agent and Officer of Las Vegas Metropolitan Police Department; HEATHER JOGODKA, aka Kari Davis, an individual; and DOE OFFICERS I through X, inclusive,<br><br>                    Defendants. | Case Number:<br>2:15-cv-01943-RFB-CWH<br><br>**<u>ORDER</u>** |

Pursuant to Minute Order [ECF No. 50], and after review and consideration of Defendants Las Vegas Metropolitan Police Department, Matthew Jogodka, Cynthia Sauchak and Enrique Hernandez (collectively "Defendants) Request for Leave to Take Incarcerated Plaintiff Vidal's Deposition [ECF No. 49], and good cause appearing, NOW, THEREFORE

IT IS ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED THAT Plaintiff Vidal's Deposition be taken on November 30, 2017 at 9:00 a.m.

IT IS SO ORDERED this 7th day of November, 2017.

_____
United States Magistrate Judge

Submitted by:

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants,
    LVMPD, Matthew Jogodka, Cynthia
    Sauchak and Enrique Hernandez

MAC:14687-064 3238502_1 11/6/2017 7:25 AM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **[PROPOSED] ORDER** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of November, 2017.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Sandra Scharas
7201 Washington Avenue, Apt I
Whittier, CA 90602
*In Proper Person*

Francisco Vidal
Southern Desert Correctional
20825 Cold Creek Road
Indian Springs, Nevada 89070
*In Proper Person*

_____
An employee of Marquis Aurbach Coffing

MAC:14687-064 3238502_1 11/6/2017 7:25 AM