# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO VIDAL, et al., ) | |
| Plaintiffs ) | Case No. 2:15-cv-01943-RFB-CWH |
| vs. ) | **ORDER** |
| JOE LOMBARDO, et al., ) | |
| Defendants. ) | |

Presently before the court are Plaintiff Francisco Vidal's motions to compel discovery (ECF Nos. 56-58), filed on November 9, 2017. The motions request an order compelling Defendant Las Vegas Metropolitan Police Department to produce certain photographs of Detective Matthew Jogodka and crime scene photographs taken on October 17, 2013.

Rule 37(a)(1) of the Federal Rules of Civil Procedure requires a motion to compel to be accompanied by "a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Likewise, under Local Rule 26-7,

> [d]iscovery motions will not be considered unless the movant (1) has made a good-faith effort to meet and confer as defined in LR IA 1-3(f) before filing the motion, and (2) includes a declaration setting forth the details and results of the meet-and-confer conference about each disputed discovery request.

Additionally, the court's local rules require motions to be supported by a memorandum of points and authorities. LR 7-2(a). "The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." LR 7-2(d). All motions to compel discovery "must set forth in full the text of the discovery originally sought and any response to it." LR 26-7(c).

Here, Mr. Vidal's motions do not include the required meet-and-confer declaration, do not set forth the full text of the discovery request and any response to it, and are not supported by a memorandum of points and authorities. The court therefore will deny the motions without prejudice. Mr. Vidal is advised that although the court will liberally construe his filings given that he is not represented by an attorney, he nevertheless is required to follow the same rules of procedure that govern other litigants. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

IT IS THEREFORE ORDERED that Plaintiff Francisco Vidal's motions to compel (ECF Nos. 56-58) are DENIED without prejudice.

DATED: November 14, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**