**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO VIDAL, et al., )<br>   Plaintiffs )<br>vs. )<br>JOE LOMBARDO, et al., )<br>   Defendants. ) | Case No. 2:15-cv-01943-RFB-CWH<br><br>**ORDER** |

The United States Postal Service has returned as undeliverable the court's last three mailings to Plaintiff Sandra Scharas in this case. (*See* ECF Nos. 62, 66, 67.) Thus, it appears that Ms. Scharas is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Ms. Scharas must file a notice with her current address with the court by December 21, 2017. If Ms. Scharas does not update her address by that date, the court will recommend dismissal of her claims.

IT IS SO ORDERED.

DATED: November 21, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**