# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| FRANCICSO VIDAL et al., | Case No. 2:15-cv-01943-RFB-CWH |
| Plaintiffs, | **ORDER TO PRODUCE**<br>**FRANCISCO VIDAL, #0094910** |
| v. | |
| JOSEPH SCHMITT et al., | |
| Defendants. | |

TO:     MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     JERRY HOWELL, WARDEN, SOUTHERN DESERT CORRECTIONAL
        CENTER
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **FRANCISCO VIDAL, #0094910,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **FRANCISCO VIDAL, #0094910,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **Thursday, April 19, 2018, at the hour of 4:00 p.m.**, to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **FRANCISCO VIDAL, #0094910**, is released and

discharged by the said Court; and that the said **FRANCISCO VIDAL, #0094910** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this <u>9th</u> day of April, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**